# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL ANTHONY ABELS

v.

KRISTEN SKIPWORTH, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5033BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's objections are **OVERRULED**;

The Report and Recommendation is **ADOPTED**; and

Abels' complaint is **Dismissed with prejudice** for failure to state a claim and counts as a strike pursuant to 28 U.S.C. § 1915(g).

| | |
|---|---|
| June 10, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |